Drew L. Lyman (CO State Bar Number 45626)
Lyman, P.C.
1325 Dry Creek Drive- Suite 201A
Longmont, CO 80503
(303) 872-7519 Telephone
drew@drewlymanlaw.com

Attorney for DEBRA J. THOMPSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: _____

DEBRA J. THOMPSON,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.

Defendants.

---

**COMPLAINT AND JURY DEMAND**

---

- 1 -
COMPLAINT AND JURY DEMAND

## INTRODUCTION

1. Debra J. Thompson ("Plaintiff"), through her attorneys, brings this Complaint to challenge the actions of a licensed debt collector, Portfolio Recovery Associates, L.L.C. ("Defendant"), for false, deceptive and misleading statements made in the furtherance of collecting a debt in violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* (hereinafter "FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k(d).

3. Venue is proper before this Court as the acts and transactions giving rise to this suit occurred in the State of Colorado, Plaintiff resides in the State of Colorado, and any or all Defendants transact business in the State of Colorado. 28 U.S.C. §1391(b)(1).

## PARTIES

4. Plaintiff, Debra J. Thompson, (hereinafter "Plaintiff") is a natural person residing in the City of Erie, Boulder County, State of Colorado.

5. Plaintiff has suffered an injury due to Defendants' violations of the FDCPA and has standing to pursue her challenge against Defendants under U.S.C. Const. Art.3§2, cl. 1 and 15 U.S.C. § 1692 *et seq.*

6. Defendant Portfolio Recovery Associates L.L.C. (hereinafter "Portfolio" or "Defendant") is a Limited Liability Company registered with the Secretary of State of Colorado operating from an address of 4600 South Syracuse Street, Suite 900; Denver, Colorado 80237. Portfolio is engaged in the business of collecting consumer debts, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

7. In 2014, Plaintiff's spouse, Richard Rowe, was diagnosed with throat and lung cancer that required medical treatment.

8. On or about March 10, 2014, as a part of Mr. Rowe's cancer treatment, a laboratory doing business as Caris Life Sciences allegedly conducted tests at the direction of Mr. Rowe's doctor.

9. The costs for the laboratory-work of Caris Life Sciences was initially not covered by Plaintiff's health insurance, which resulted in an alleged consumer debt of $27,925.65 (hereinafter "Alleged Debt"). Plaintiff denies any personal liability for the Alleged Debt.

10. On September 24, 2014, Portfolio became an alleged assignee to the Alleged Debt according to documents provided by Portfolio to Plaintiff. Plaintiff disputes the validity of the assignment.

11. On May 21, 2015, Defendant served Plaintiff with an *unfiled* summons and a complaint.[1]. Neither the summons nor the complaint that Defendant served provided a case number issued by the Colorado District Court, County of Boulder, which is the venue stated on the unfiled summons and complaint.

12. The unfiled summons, signed by Portfolio's attorney, Jessica L. Reardon, Esq., reads in relevant part:

> *You are hereby summoned and **required** to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, **you are required to file your answer or other response within 21 days after such service upon you**.*

---

[1] See Exhibit A attached to this complaint (showing the unfiled summons served upon Mr. Rowe. Note: The unfiled summons is self-described, at bottom, as a debt collection attempt.)

- 3 -
COMPLAINT AND JURY DEMAND

*If you fail to file your answer or other response to the complaint **within the applicable time period**, judgment by default may be entered against you... **without further notice**....* (Emphasis added).

13. On May 21, 2015, Mr. Rowe received service of the unfiled summons and complaint on Plaintiff's behalf.

14. The Clerk of the Boulder County Court will not accept the filing of an answer or other response to an unfiled complaint.

15. On May 28, 2015, seven (7) days after serving Plaintiff with the unfiled summons and complaint, Defendant eventually filed the complaint and summons with the Boulder County Court.[2]

16. Plaintiff was not notified of Defendant's filing of the summons and complaint and was instead burdened with contacting the court or checking the docket daily to determine whether or when Defendant would eventually file the summons and complaint, or if it would be filed at all.

17. Under 15 U.S.C. §1692e of the FDCPA, a debt collector is prohibited from using false, deceptive or misleading means in connection with an effort to collect a debt.

18. On May 21, 2015, Defendant declared to Plaintiff in an *unfiled* summons that "you are required to file your answer or other response *within* 21 days." Indeed, an answer or other response cannot be filed to an unfiled complaint. On May 28, 2015, Defendant filed the summons and complaint. By demanding a time period within which Plaintiff must respond and then depriving Plaintiff of a significant portion of the time period, Defendant made a false, deceptive and misleading statement in violation of the FDCPA.

---

[2] See Exhibit B Attached to this complaint (showing the May 21, 2015 Service despite the May 28, 2015 Filing)

- 4 -
COMPLAINT AND JURY DEMAND

19. Defendant's actions have caused Plaintiff stress, embarrassment and anger. They also invaded Plaintiff's right to due process, caused mental anguish and injury to her feelings.

## TRIAL BY JURY

20. Plaintiff is entitled to and hereby respectfully demands trial by jury on all issues so triable. U.S. Const. amend. 7. Fed. R. Civ. P. 38.

## CAUSES OF ACTION

## COUNT I

### FAIR DEBT COLLECTIONS PRACTICES ACT (FDCPA)
### 15 U.S.C. §§ 1692 ET SEQ.

21. Plaintiff repeats, re-alleges and incorporates by reference, all other paragraphs in full. The acts or omissions described above constitute a violation the FDCPA, and were done willfully, knowingly and intentionally.

22. The foregoing acts of Defendants and their agents constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above cited provisions of the FDCPA, 15 U.S.C. §1692 et seq., with respect to Plaintiff.

23. As a result of Defendants' violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. §1692k(a)(1); statutory damages of $1,000.00 pursuant to §1962k(a)(2)(A); and attorney's fees and costs pursuant to 15 U.S.C. §1962k(a)(3) from the Defendants herein.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant, and Plaintiff be awarded damages from Defendant as follows:

A.     Actual damages;

B.     Statutory damages;

C.     An award of costs of litigation, attorney's fees, and expenses incurred in the investigation, filing and prosecution of this action.

D.     For such further relief the Court deems necessary, just and proper.

Respectfully submitted,

Date: 06/12/2015

s/ Drew Lyman
Drew Lyman, Esq.
1325 Dry Creek Road, Suite 201A
Longmont, CO 80503
Telephone: (303) 872 – 7519
Facsimile: (303) 872 – 7521
Email: drew@drewlymanlaw.com
Attorney for Plaintiff, Debra J. Thompson

EXHIBIT A

| | |
|---|---|
| District Court, County of BOULDER, State of Colorado<br>1777 6TH ST., BOULDER, CO 80302 | |
| **Plaintiff:** PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>**Defendant:** DEBRA J THOMPSON | ↑COURT USE ONLY↑ |
| Jessica L. Reardon<br>Portfolio Recovery Associates, LLC<br>4600 South Syracuse Street, Ste. 900<br>Denver, CO 80237<br>Phone Number: 888-772-7326 x 18384<br>FAX Number: 303-256-6271           Atty. Reg. #43258 | Case Number:<br><br>Division:       Courtroom: |
| **SUMMONS** | |

THE PEOPLE OF THE STATE OF COLORADO
TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.

The following documents are also served herewith:
1. Complaint.
2. District Court Civil (CV) Case Cover Sheet For Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint.
3. Plaintiff's Affidavit in Support of Judgment.

Date: April 29, 2015

Respectfully submitted,
Portfolio Recovery Associates, LLC

By: _____
Jessica L. Reardon, #43258
Attorney for Plaintiff

This summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the complaint must be served with this summons. This form should not be used where service of publication is desired.
TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

17-85606

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

EXHIBIT B

# AFFIDAVIT OF SERVICE

Attorney: PORTFOLIO RECOVERY ASSOCIATES, LLC (CO), 140 Corporate Blvd., 8887727326X18376

Court: BOULDER COUNTY COURT, COUNTY OF BOULDER

Case No:
Court Date/Time: __ __ ___ / ____ __
Court Room:

DATE FILED: May 28, 2015 9:51 AM
FILING ID: EE8D9D718EA23
CASE NUMBER: 2015CV30610



Plaintiff/Petitioner: Portfolio Recovery Associates, LLC U.S. BANK NATIONAL ASSOCIATION

vs.

Defendant/Respondent: DEBRA J THOMPSON

Received by TYLER BROOKS on the 6th day of May, 2015 at 10:30 AM to be served on:

**DEBRA J THOMPSON**
1642 PALMER LN
ERIE, CO 80516 (Boulder)

I, TYLER BROOKS, certifying that, on the 21st day of May, 2015 at 06:26 PM, executed service in Boulder County by delivering a true copy of the **SUMMONS, DISTRICT COURT CIVIL CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS CLAIM OR THIRD PARTY COMPLAINT** at the address above, which is the usual place of abode of the defendant/servee, in accordance with the Colorado state rules of civil procedure in the manner indicated below:

**SUBSTITUTE SERVICE - CO-RESIDENT:** delivered to rick thompson (HUSBAND)

The person served was of suitable age and discretion, residing at this place of abode and was advised of the contents.

I certify that I am not less than 18 years of age and I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

Service Comments:
5/21/2015 6:26 PM:

Description of the person served: Male, White skin, Brown hair, Approx. Age: 40 years, Approx. Height: 6 ft 0 in., Approx. Weight: 170 lbs.

Subscribed and sworn to me on the 27th day of May, 2015 by the affiant who is personally known to me or produced identification.

X _____
NOTARY PUBLIC

Abby L. Stephenson
Notary Public - State of CO
No. 20124069647
Qualified in Denver County
My Commission Expires October 26, 2016

X _____
TYLER BROOKS
Process Server #:
13456 Via Varra Street, #127
Broomfield, CO, 80020
(352) 233-7974

Service Fee: $60.00

Atty File#: 17-85606
Job ID#: 2051096




| | |
|---|---|
| District Court, County of BOULDER, State of Colorado<br>1777 6TH ST., BOULDER, CO 80302 | |
| **Plaintiff:** PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>**Defendant:** DEBRA J THOMPSON | DATE FILED: May 28, 2015 9:51 AM<br>↑COURT USE ONLY↑ FILING ID: 7A4EA2B<br>CASE NUMBER: 2015CV30610 |
| Jessica L. Reardon<br>Portfolio Recovery Associates, LLC<br>4600 South Syracuse Street, Ste. 900<br>Denver, CO 80237<br>Phone Number: 888-772-7326 x 18384<br>FAX Number: 303-256-6271   Atty. Reg. #43258 | Case Number:<br><br>Division:   Courtroom: |
| **SUMMONS** | |

THE PEOPLE OF THE STATE OF COLORADO
TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the clerk of this court an answer or other response to the attached complaint. If service of the summons and complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.

The following documents are also served herewith:
1. Complaint.
2. District Court Civil (CV) Case Cover Sheet For Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint.
3. Plaintiff's Affidavit in Support of Judgment.

Date: April 29, 2015

Respectfully submitted,
Portfolio Recovery Associates, LLC

By: _____
Jessica L. Reardon, #43258
Attorney for Plaintiff

This summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the complaint must be served with this summons. This form should not be used where service of publication is desired.
TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

17-85606

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.