**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 15-cv-1242-WJM-MJW

DEBRA J. THOMPSON

     Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

     Defendant.

---

**ORDER GRANTING MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed July 22, 2015 (ECF No. 15). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 22nd day of July, 2015.

                                  BY THE COURT:

                                  William J. Martínez
                                  United States District Judge